**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HESCO BASTION LIMITED, | ) |
| | ) |
| Plaintiff/Judgment Creditor, | ) |
| | ) Misc. No. 11-279 |
| v. | ) |
| | ) |
| ACS HOLDINGS USA, LLC, *et al.*, | ) |
| | ) |
| Defendants/Judgment Debtors. | ) |

**PLAINTIFF/JUDGMENT CREDITOR'S**
**MOTION TO COMPEL AND FOR SANCTIONS AGAINST**
**DEFENDANTS/JUDGMENT DEBTORS**
**AND MEMORANDUM IN SUPPORT**

Defendants/Judgment Debtors ACS Holdings USA, LLC and ACS Contracting Services Ltda. (collectively "ACS") have simply ignored discovery sought by Plaintiff/Judgment Creditor Hesco Bastion Limited ("Hesco") in aid of the judgment entered by the U.S. District Court for the District of Delaware on April 20, 2011 and registered in this Court on May 12. Dkt. No. 1. As such, Hesco hereby moves to compel answers to interrogatories and document requests and for sanctions pursuant to Fed. R. Civ. P. 37. In support of this motion, Hesco states as follows:

**BACKGROUND**

On April 20, 2011, in a patent and trademark infringement case, the U.S. District Court for the District of Delaware entered judgment against ACS in favor of Hesco and awarding damages of $3,954,391.08, together with injunctive and other relief. Dkt. No. 1. The judgment was then registered here. *Id*.

On May 26, 2011, in this Court, Hesco served interrogatories and document requests on ACS at their last known addresses and by electronic mail. Exs. 1-2. No response has been

received. Based on ACS' disregard for the rule of law and the processes of this Court, Hesco respectfully requests the following relief:

(1) Order ACS to respond to the interrogatories and document requests within seven calendar days of the date of the Order granting the motion to compel; and

(2) Sanction ACS by ordering that (a) ACS has waived any objection to the interrogatories and document requests, and (b) order ACS to pay Hesco (c/o Patton Boggs LLP) the sum of $750 not later than seven calendar days after entry of an Order, which sum reflects the reasonable attorneys' fees that Hesco has incurred in connection with the preparation of this motion.

Counsel for Hesco attempted in good faith to confer with ACS, but they did not respond to his communication . Ex.3; L.Civ.R. 7(m) Certificate, *infra*.

## ARGUMENT

Rule 37 of the Federal Rules of Civil Procedure empowers this Court to compel ACS to respond to Hesco's discovery, deem as waived any objections to interrogatories and document requests, and to award sanctions in precisely the situation presented here. FED. R. CIV. P. 37(a)(3)(B)(i)-(iv), (a)(5)(A), (b)(2)(A), (d)(1)(A) & (D)(3); *Guantanamera Cigar Co. v. Corp. Habanos, S.A.*, 263 F.R.D. 1, 7-8 (D.D.C. 2009) (a court may compel a party to answer interrogatories and requests for production of documents if they fail to respond or their responses are incomplete); *Simms v. Ctr. for Corr. Health and Policy Studies*, 272 F.R.D. 36, 38-39 (D.D.C. 2011) (compelling a party to attend a deposition after failing to appear); *Jackson v. CCA of Tenn., Inc.*, 254 F.R.D. 135, 140 (D.D.C. 2008) (ordering violating party to pay expenses and reasonable attorneys' fees of party seeking discovery); *Myrdal v. District of Columbia*, No. 05-02351, 2007 WL 1655875, at *3 (D.D.C June 7, 2007) (ordering objections to discovery requests were waived when the party failed to respond and the payment of legal fees and costs associated with pursuing discovery).

2

Following entry of judgment, ACS was served with interrogatories and requests for the production of documents. Exs. 1-2. Hesco's discovery was aimed exclusively at ascertaining ACS' assets and liabilities. Post-judgment discovery aimed at understanding the assets and liabilities of judgment debtors is a well-known and approved practice in the federal courts. *See, e.g.*, FED. R. CIV. P. 69; *Falicia v. Advanced Tenant Serv.*, 235 F.R.D. 5, 7 (D.D.C. 2006); *Burak v. Scott*, 29 F.Supp. 775, 776 (D.D.C. 1939). ACS has thwarted Hesco's efforts to discover information critical to Hesco's ability to execute on the validly-issued judgment.

ACS has simply ignored Hesco and its demands since the Court entered judgment against them. ACS utterly failed to respond to Hesco's discovery. Accordingly, this Court should compel Defendants to promptly respond to Plaintiff's interrogatories and requests for production.

In addition, Hesco has incurred reasonable attorneys' fees in the amount of $750 in connection with the preparation and filing of this motion. Pursuant to Rule 37(d)(3), this Court should order ACS to pay Hesco (c/o Patton Boggs LLP) the sum of $750 within seven calendar days of granting this motion to compel.

## **CONCLUSION**

For the foregoing reasons, Hesco's motion to compel should be granted, and ACS ordered (1) to respond to the discovery requests, and (2) to pay Hesco the amount incurred in preparing and filing this motion.

Dated: July 7, 2011

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 473348)
PATTON BOGGS LLP
2550 M Street, NW
Washington, D.C. 20037
Telephone:   (202) 457-6620
Facsimile:    (202) 457-6315

Attorney for Plaintiff/Judgment Creditor
Hesco Bastion Limited

# L.CIV. R. 7(m) CERTIFICATE

Pursuant to L.Civ.R. 7(m), on July 6, 2011, the undersigned counsel for plaintiff/judgment creditor attempted to contact, including by email (Ex. 3), the defendants/judgment debtors to discuss the foregoing motion to compel. Such contact was unsuccessful and plaintiff/judgment creditor was forced to file this motion.

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 473348)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2011, a copy of the foregoing was served by first class mail, postage paid, and email, on the following:

>ACS Holdings USA, LLC
>720 East 60 North
>Orem, Utah, 84097
>achristman@acs-holdings.com
>
>ACS Holdings USA, LLC
>Calle 87 #11A-64
>Bogota, Colombia
>vchristman@acs-holdings.com
>
>ACS Contracting Services Ltda.
>Calle 87 #11A-64
>Bogota, Colombia
>vchristman@acs-holdings.com

>/s/ Richard J. Oparil
>Richard J. Oparil (DC Bar No. 409723)

5177521